## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Meridian Equipment Finance, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 24-6775 |
| | ) | |
| v. | ) | |
| Rejuvenation Treatment Center, LLC | ) | |
| d/b/a Center for Urology, Abraham L. | ) | Complaint filed: July 2, 2024 |
| Woods III, M.D., PA and Abraham L. | ) | Philadelphia Court of Common Pleas |
| Woods, III | ) | |
| Defendants, | ) | Case No. 240700279 |
| | ) | |
| v. | ) | |
| BTL Industries, Inc. | ) | |
| Additional Defendant. | ) | |
| | ) | |

### (PROPOSED) ORDER

AND NOW, this _____ day of _____2025, upon consideration of Defendant BTL Industries, Inc.'s Motion to Dismiss the Woods Defendants' First Amended Joinder Complaint, and any response and opposition thereto, it is hereby **ORDERED** and **DECREED** that the motion is **DENIED**.

BY THE COURT:

_____

U.S.D.J.