IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Meridian Equipment Finance, LLC | ) | |
| Plaintiff, | ) | Civil Action No. 24-6775 |
| v. | ) | |
| Rejuvenation Treatment Center, LLC d/b/a Center for Urology, Abraham L. Woods III, M.D., PA and Abraham L. Woods, III | ) | Complaint filed: July 2, 2024  Philadelphia Court of Common Pleas |
| Defendants | ) | Case No. 240700279 |
| v. | ) | |
| BTL Industries, Inc. | ) | |
| Additional Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, <u>Ying Zhou,</u> hereby certify that the foregoing Response in Opposition to BTL Industries, Inc.'s Motion to Dismiss the First Amended Joinder Complaint was electronically filed on February 19, 2025 and is available for viewing and downloading through the Court's CM/ECF system by the following counsel of record for Plaintiff and Additional Defendant:

Andrew Chigounis, Esquire
1700 Market Street, Suite 1005
Philadelphia, PA 19103
*achigounis@slgcollect.com*
Attorney for Plaintiff
Meridian Equipment Finance, LLC

Paul Quincy, Esquire
Barnes & Thornburg LLP
555 12th Street, N.W., Suite 1200
Washington, DC 20004-1275
*paul.quincy@btlaw.com*
Attorney for Additional Defendant
BTL Industries, Inc.

_____
Ying Zhou