# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERIDIAN EQUIPMENT FINANCE, LLC,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-6775 |
| | : | |
| **REJUVENATION TREATMENT CENTER, LLC d/b/a CENTER FOR UROLOGY,** *ET AL.* | : | |
| | : | |
| v. | : | |
| | : | |
| **BTL INDUSTRIES, INC.** | : | |

## ORDER

This 10th day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant BTL Industries, Inc.'s Motion to Dismiss the Woods Defendants' First Amended Joinder Complaint, ECF 14, is **GRANTED**.

    /s/ Gerald Austin McHugh
United States District Judge