**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MERIDIAN EQUIPMENT FINANCE, LLC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-6775** |
| | : | |
| **REJUVENATION TREATMENT** | : | |
| **CENTER, LLC d/b/a CENTER FOR** | : | |
| **UROLOGY,** *et al.* | : | |

## ORDER

This 1st day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF 36, is **GRANTED**. Judgment in the amount of $176,760.37 – totaling Defendant's unpaid contractual balance of $146,910.38, attorney's fees in the amount of $29,382.08, and costs in the amount of $395.23 – shall be **ENTERED** in favor of Plaintiff and against Defendant Abraham L. Woods, III, personally.

It is further **ORDERED** that Plaintiff's Request for Default Judgment, ECF 37, is **GRANTED**. Judgment in the amount of $176,760.37 – totaling Defendant's unpaid contractual balance of $146,910.38, attorney's fees in the amount of $29,382.08, and costs in the amount of $395.23 – shall be **ENTERED** in favor of Plaintiff and against Defendant Abraham Woods, III, M.D., PA.

The Clerk is **REQUESTED** to close this case for statistical purposes.

     /s/ Gerald Austin McHugh
United States District Judge